**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6409**

_____

WILLIAM LEE SWANN,

                              Petitioner - Appellant,

        versus

SEWALL SMITH; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

                              Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-98-
387-L)

_____

Submitted:  April 29, 1998          Decided:  May 18, 1998

_____

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Lee Swann, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Swann v. Smith</u>, No. CA-98-387-L (D. Md. Feb. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>